CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 JAN 12  PM 2:45

United States District Court
for the Northern District of Texas

DEPUTY __DSS__

__San Angelo__ Division

**United States of America,**
*Plaintiff,*

Place of Confinement: __FCI Texarkana Satellite Camp__

v.

Prisoner ID Number: __35902-177__

__Martin C. Boland__,
*Defendant.*

Criminal Case Number: __6:06-cr-00029-C-BG__

### Defendant's Motion and Questionnaire for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)

### Instructions - Read Carefully

1. This form motion should only be used when requesting that your sentence be reduced based upon Amendment 782 to USSG § 1B1.10 which is effective November 1, 2014. The Amendment reduces the base offense level in the drug quantity tables at USSG §§ 2D1.1 and 2D1.11 and retroactively applies to cases sentenced prior to November 1, 2014.

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3. When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Northern District of Texas at the appropriate divisional office, whose address is:

Abilene Division
P.O. Box 1218
Abilene, TX 79604

Amarillo Division
205 E. 5th
Amarillo, TX 79101

Dallas Division
1100 Commerce, Rm 14A20
Dallas, TX 75242

Fort Worth Division
501 W. 10th Street
Fort Worth, TX 76102

Lubbock Division
1205 Texas Ave., #C209
Lubbock, TX 79401

San Angelo Division
33 East Twohig
San Angelo, TX 76903

Wichita Falls Division
P.O. Box 1234
Wichita Falls, TX 76307

4. Questionnaires that do not follow these instructions will be returned, and the mistake will be identified.

## Questionnaire

1. Name and location of court that entered the sentence that you are asking to reduce:

   U.S. District Court in Lubbock, TX

2. Date(s) of sentence and judgment of conviction:

   ~~February 2007~~ February 9, 2007    168 months

3. Are you currently in prison for this sentence?

   ✓ Yes ___ No

4. If so, when is your projected date of release?

   February 11, 2019

5. Some programs offered by the Bureau of Prisons (BOP), can reduce the length of time you would spend in custody. An example of one of these programs is completion of the Residential Drug Abuse Program. Are you participating in one of these programs and, if so, when will you complete the program?

   No

6. Are you currently on supervised release?    ___Yes ✓ No

7. Are you currently in prison because you violated your supervised release?

   ___Yes ✓ No

8. Is your case currently on appeal? ___Yes ✓ No

9. Offense(s) for which you were convicted (all counts):

   Conspiracy to Distribute and Possess w/ Intent to Distribute Methamphetamines

Page 2 of 4

10. Did your offense of conviction involve manufacture, distribution, dispensing, or possession with intent to manufacture, distribute, or dispense, a controlled substance?

   __✓__ Yes _____ No _____ Don't know

11. In calculating the applicable sentencing guideline range, did the Court refer to the offense levels for controlled substances found in the drug quantity table of section 2D1.1(c) of the United States Sentencing Guidelines?

   _____ Yes _____ No __✓__ Don't know

12. Was your sentence based on an agreement with the Government for a specific sentence?

   _____ Yes __✓__ No _____ Don't know

13. List any good conduct that occurred after your original sentencing hearing that you would like the Court to know in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

   My entire time in the BOP is all clear conduct. I have taken several courses and learned many marketable skills for when I leave. I have maintained employment at UNICOR and moved up to the highest level while being there. This time has also given me a chance to strengthen my relationship with my family. I have secured employment upon my release with Lydick-Hooks Roofing Co. in Brownwood, TX. I have maintained and strengthened relationships with the staff at Coggin Ave. Baptist Church and will attend there when I'm home. I feel I have matured and am ready to be productive once again.

I pray that the Court grant me relief to which I may be entitled in this proceeding.

Respectfully submitted this ___January 5___, 201_5_.

_____*Martin Boland*_____
Signature of Defendant

_____Martin C. Boland_____
Printed Name

_____35902-177_____
BOP No.

_____FCI Texarkana Satellite Camp_____
Federal Correctional Institution (if applicable)

_____PO Box 9300_____
Address

_____Texarkana, TX 75505_____
City, State & Zip Code



COMMITTED NAME: Martin Boland
REG. NO. & QTRS.: 35902-177
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 7000
TEXARKANA, TX 75505-7000

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 12 2015
DSS
NORTHERN DISTRICT OF TEXAS

CLERK
UNITED STATES DISTRICT COURT
Northern District of Texas
33 East Twohig, Room 202
San Angelo, TX 76903