IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 6:06-CR-029-C(04) |
| v. | |
| MARTIN BOLAND | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION UNDER 18 U.S.C. § 3582(c)(2)**

## I.    Eligibility

A.    The government:

☐ agrees with the probation worksheet's finding that the defendant is ineligible for a sentence reduction and asks the Court to deny the motion.

☑ agrees with the probation worksheet's finding that the defendant is eligible for a sentence reduction.  Please see Part II for the government's recommendation as to whether to grant the motion for reduction.

☐ does not agree with the probation worksheet's findings on the defendant's eligibility for a sentence reduction for the following reasons:

**Response to Section 3582 Motion - Page 1**

II.     **Recommendation (prosecutor will complete only if the defendant is eligible for a reduction)**

    A.     If the defendant is eligible, the government:

        i.    ☐ opposes any reduction.

        ii.    ☑ does not oppose a reduction, but only to

                ☑ the top of the new guideline range.

                ☐ the middle of the new guideline range.

                ☐ other:

        iii.    ☐ does not oppose a reduction to the bottom of the defendant's new guideline range, which is the lowest sentence the defendant may receive. *See* USSG § 1B1.10(2)(A).

        iv.    ☐ does not oppose a reduction to __0__ months, which is _____% below __0__ months, the bottom of the new guideline range.  This is because the defendant's prior sentence of __0__ months was _____% below __0__ months, the bottom of the original range (applicable only if a defendant received a below-guidelines sentence due to a substantial-assistance motion, *see* USSG § 1B1.10(b)(2)(B)).

B.      If the government checked boxes (i.) or (ii.) above—and therefore opposes

a full reduction in the defendant's sentence—the reasons include

(prosecutor will check one or more):

☐ the defendant's criminal history

☐ the offense conduct or relevant conduct

☐ the defendant's post-sentencing conduct

☑ other:

Further explanation of the government's opposition includes:

This Court previously sentenced the defendant to the top of the then-applicable sentencing guideline range.

    Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

s/_Denise Williams_____

 DENISE WILLIAMS

Assistant United States Attorney
Texas Bar No. 02975990
1205 Texas Ave., Ste. 700
Lubbock, TX 79401-40024
Telephone: 806.472.7351

**Response to Section 3582 Motion - Page 3**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed

on  7/23/15     to  Martin Boland, Register No. 35902-177

FCI Texarkana, P.O. Box 7000, Texarkana, TX  75505.


s/ Denise Williams
 DENISE WILLIAMS
Assistant United States Attorney

**Response to Section 3582 Motion - Page 4**